IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SAMANTHA LOUISE CAMERON                                    PLAINTIFF

v.                      CIVIL NO. 2:18-cv-2022-MEF

NANCY A. BERRYHILL, Commissioner
Social Security Administration                                            DEFENDANT

**JUDGMENT**

For the reasons stated in the Court's Order of Dismissal (ECF No. 6), the clerk is ordered to dismiss the Plaintiff's Complaint without prejudice.

IT IS SO ORDERED on this the 26th day of March, 2018.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE